IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **LEXINGTON INSURANCE COMPANY,** | § § | |
| *Plaintiff,* | § § | |
| v. | § § | NO. P:20-CV-00029 |
| **JORN WELL SERVICE, LLC,** | § § | |
| *Defendant.* | § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a) and based upon the Parties' Joint Motion for Dismissal of Plaintiff's Claims with Prejudice (Doc. 32) filed December 21, 2021.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 27th day of December, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE